R. C. BRISTOL, Plaintiff in Error, *v.* CITY OF CHICAGO, Defendant in Error.

THIS was a motion by appellant for leave to assign additional errors, after the argument of the cause had commenced.

*Per Curiam.*   This application comes too late : after the argument is opened, additional errors cannot be assigned, against the consent of the defendant in error.

W. B. SCATES, for Plaintiff in Error.

E. ANTHONY, for Defendant in Error.